**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,     :    No. 173 MAL 2022

         Respondent                    :

                                      :    Petition for Allowance of Appeal
                                      :    from the Order of the Superior Court

         v.                            :

                                        :

CLAYTON MICHAEL TILLOTSON,        :

                                        :

         Petitioner                     :

## ORDER

**PER CURIAM**

      **AND NOW**, this 26th day of July, 2022, the Petition for Allowance of Appeal is **DENIED**.